**Order entered August 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01174-CR

**JOSE ALFREDO FUNES JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00830-T**

## ORDER

Before the Court is appellant's August 8, 2019 motion for extension of time to file his brief. The brief was received by the Court that same day. Appellant, who was convicted of continuous sexual abuse of a child under 14 years of age, uses the victim's name in his brief. This Court does not allow a party to file a brief that discloses the names of child victims, child witnesses, or any other children discussed or identified at trial in a continuous sexual abuse of a child case. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's August 8, 2019 brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the child victim and any other child (including witnesses) either generically (for example, "victim" or "victim's younger sister") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

The Court will defer ruling on appellant's August 8, 2019 motion to extend time until an amended brief which complies with this Court's order is received.

We **DIRECT** the Clerk to send copies of this order to Jeff Buchwald and to the Dallas County District Attorney.

/s/    BILL PEDERSEN, III
       JUSTICE